UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLADAYO OLADOKUN,

                Petitioner,

    -against-

WARDEN RICKARD,

                Respondent.

25-CV-4749 (JAV)

ORDER TO ANSWER, 28 U.S.C. § 2241

JEANNETTE A. VARGAS, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By **November 5, 2025**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:  September 5, 2025
          New York, New York

                                                  JEANNETTE A. VARGAS
                                                  United States District Judge