**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

OLADAYO OLADOKUN,

Petitioner,

-against-

WARDEN RICKARD,

Respondent.

-----------------------------------------------------------X

25 **CIVIL** 4749 (JAV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 25, 2026, the Petition is DENIED; accordingly, the case is closed.

**DATED:** New York, New York
August 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**